United States District Court
Southern District of Texas
FILED

MAY 1 1 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

IN RE                                  §
                                       §
EDWARD BRIAN CAPETILLO                 §

## MOTION FOR APPOINTMENT OF COUNSEL TO PURSUE APPLICATION FOR WRIT OF CERTIORARI TO THE SUPREME COURT OF THE UNITED STATES

Mr. Warner moves the Magistrate Judge to appoint counsel for Edward Brian Capetillo to pursue an Application for Writ of Certiorari to the Supreme Court of the United States. He would show the Court:

1. Edward Brian Capetillo was indicted, tried, and convicted, and sentenced to death in a State District Court within the Southern District of Texas. **State of Texas v. Edward Brian Capetillo**, 178th District Court, Harris County, Texas, Trial Court No. 711115

2. Mr. Warner is representing Edward Brian Capetillo on a direct appeal from that conviction now pending before the Court of Criminal Appeals of Texas. **Edward Brian Capetillo v. The State of Texas**, Court of Criminal Appeals No. 72 316. That appeal has been determined. The conviction and sentence of death was affirmed on May 6, 1998.

4. Capetillo only has ninety(90) days from the date the judgment became final to present a Petition for Writ of Certiorari in the Supreme Court of the United States.

5. Capetillo desires to present an important and viable question to the Supreme Court of the United States based on right guaranteed to him by the Constitution of the United States. The right is that of a meaningful appellate review amounting to due process. The viability of that right is demonstrated by the dissent in **Ricky Lee McGinn v. The State**, \_\_\_\_\_ SW2d _____ (72,134 Tex. Crim. App. 3/10/98) indicating that the refusal of the Court of Criminal Appeals of Texas to review the factual sufficiency of the evidence of future dangerousness amounted to a denial of effective appellate review.

## CONCLUSION AND REQUEST FOR RELIEF

Mr. Warner is willing to accept such a an appointment and is a member of the Bar of the Supreme Court of the United States. Alternatively, he has discussed this matter with Attorney Rene Gonzalez of Brownsville, Texas, a member of the bar of the Supreme Court of the U.S. and Mr. Gonzalez would be willing to accept the responsibility of pursuing a Writ of Certiorari. Another option is appointing both Mr. Warner and Mr. Gonzalez; they are prepared to work together on this matter.

Respectfully submitted,

*[signature: Larry Warner]*

Larry Warner
Attorney At Law
777 E. Harrison Street, 2nd Floor
Brownsville, Texas 78520
(956)542-4784  FAX (956)544-5234
State Bar #20871500

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

IN RE                               §
                                    §
EDWARD BRIAN CAPETILLO              §

     I, Larry Warner, certify that I mailed a true and correct copy for **MOTION FOR APPOINTMENT OF COUNSEL TO PURSUE APPLICATION FOR WRIT OF CERTIORARI TO THE SUPREME COURT OF THE UNITED STATES**, the document to which this certificate is attached, to:

John B. Holmes, Jr., Harris County District Attorney, whose address is 201 Fannin Street, Ste. 200, Houston, Texas 77002-1901 and Mervin Mosbacker, Assistant U.S. Attorney, 1036 E. LEVEE, P.O.BOX 1671, BROWNSVILLE, TEXAS 78522.

on this 7th day of May, 1998.

_____
Larry Warner