UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 15 1998

Michael N. Milby, Clerk of Court

IN RE                           §
                                §
                                §  MISC. B-98-017
                                §
EDWARD BRIAN CAPETILLO          §

### ORDER DENYING MOTION

Before the Court is a motion by attorney Larry Warner seeking appointment as counsel for Edward Brian Capetillo, whose conviction and death sentence have been affirmed by the Texas Court of Criminal Appeals. Mr. Warner advises the Court of his intention to file a Petition for Writ of Certiorari with the Supreme Court of the United States, before whom he is licensed to practice.

This Court is not the appropriate forum for such a motion, inasmuch as there is no pending case or controversy before this court pertaining to Mr. Capetillo. Counsel is advised to seek appointment from the Supreme Court pursuant to its rules.

The Motion for Appointment of Counsel is DENIED.

The Clerk will provide a copy to the parties.

Signed at Brownsville, Texas on 15 MAY, 1998.

John Wm. Black
United States Magistrate Judge