IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARD BRIAN CAPETILLO | § | TEX.CRIM.APP.# 72 316 |
| | § | |
| | § | TO BE FILED BEFORE THE |
| | § | SUPREME COURT OF THE |
| VS. | § | UNITED STATES |
| | § | |
| | § | |
| | § | 178TH JUDICIAL DISTRICT, HARRIS |
| STATE OF TEXAS | § | TRIAL CT. #  711115 |

**ORDER SETTING HEARING**

The following matter is set for a hearing to be had on the ___ day of _____, 1998, at _____ o'clock a_.m.:

Signed this _____ day of _____, 1998

_____
UNITED STATES DISTRICT JUDGE PRESIDING

**O R D E R**

BE IT REMEMBERED, that on the _____ day of _____, 1998, came on to be considered the above and Foregoing SUPPLEMENTAL MOTION REQUESTING APPOINTMENT OF COUNSEL TO SEEK CERTIORARI IN THE SUPREME COURT OF THE UNITED STATES by defendant.

After consideration of the same, it is the opinion of the Court that the same be:

( ) GRANTED.

( ) DENIED, to which ruling the Defendant excepts.

( ) SET FOR HEARING ON THE _____ day of _____, 1998, at _____ o'clock ____.

Signed this _____ day of _____, 1998

_____
UNITED STATES DISTRICT JUDGE PRESIDING