United States District Court
Southern District of Texas
ENTERED

JUN 15 1998

Michael N. Milby, Clerk of Court
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUN 12 1998

Michael N. Milby, Clerk

EDWARD BRIAN CAPETILLO            *

VS                                *   MISC. NO. B98 017

STATE OF TEXAS                    *

## ORDER

The Clerk is hereby **ORDERED** to close the above-referenced proceeding. There is no case and controversy before this Court. This Court lacks jurisdiction to entertain Mr. CAPETILLO's Motion for Appointment of Counsel.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this 12th day of June, 1998.

Fidencio G. Garza, Jr.
United States Magistrate Judge