5

United States District Court
Southern District of Texas
FILED

JUL 31 1998
Aug. 5,

Michael N. Milby, Clerk of Court



## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS,
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | MISC. CAUSE NO.  B-98-017 |
| EDWARD BRIAN CAPETILLO | § | |

### *MOTION TO RECONSIDER*

The Magistrate previously denied Movant's Motion for Appointment of Counsel to Seek Certiorari in the Supreme Court of the United States.

The Magistrate Judge suggested that Counsel move the Supreme Court of the United States for appointment.

Counsel contacted the Clerk of the United States Supreme Court; the Clerk informed Mr. Warner that the Supreme Court of the United States does not appoint Counsel unless the Petition for Certiorari is granted.

On July 29, 1998, Mr. Warner was informed by the Judge of the 178th District Court of Harris County, Texas, the convicting Court, that Mr. Warner's Motion before that Court for appointment of Counsel to seek Certiorari in the Supreme Court of the United States had been denied.

### CONCLUSION AND REQUEST FOR RELIEF

As noted in the Motion:

1.    There are funds in the Criminal Justice Program to pay for discretionary appointment of Counsel. ;

2.    This is a case in which the Movant was sentenced to death;

3.    The trial took place within the Southern District of Texas;

The Court should reconsider and appoint Counsel to seek Certiorari in the Supreme Court of the United States.

### Respectfully submitted,

Capetillo Mtn. to Reconsider - 1

Larry Warner
777 E. Harrison Street, 2nd Floor
Brownsville, Texas 78520
(956)542-4784 Fax (956)544-5234
Texas Bar No. 20871500

## CERTIFICATE OF SERVICE

I certify that I mailed copy of ***MOTION TO RECONSIDER*** on the above referenced case to which this certificate is attached to the Harris County District Attorney, John B. Holmes, Jr., 201 Fannin St., #200, Houston, Texas 77002; United States Attorney's Office, United States Post Office, 10th and Elizabeth Sts., P.O. Box 2299, Brownsville, Texas 78521 Brownsville, Texas; and this 30th day of July, 1998.

Larry Warner