IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE | § |
| | §   MISC. CAUSE NO. B-98-017 |
| EDWARD BRIAN CAPETILLO | § |

## ORDER

On this the _____ day of July, 1998, came to be heard Movant's *MOTION TO RECONSIDER* Motion for Appointment of Counsel to Seek Certiorari in the Supreme Court of the United States it appears after reconsideration to the Court that this motion should be granted.

**IT IS THEREFORE ORDERED** that Mr. Edward Brian Capetillo, the Movant in the above-entitled and numbered cause, have counsel appointed to represent him in his effort to seek Certiorari in the Supreme Court of the United States.

**IT IS FURTHER ORDERED** that Mr. Larry Warner is hereby appointed to represent Movant in the above-entitled and numbered cause in his effort to seek Certiorari in the Supreme Court of the United States.

Signed this _____ day of July, 1998.

_____
JUDGE PRESIDING