6

United States District Court
Southern District of Texas
ENTERED

AUG 25 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 25 1998

Michael N. Milby, Clerk

IN RE:                                   *

                                         *   MISC. NO. B98 017

EDWARD BRIAN CAPETILLO                   *

## O R D E R

The Clerk is hereby **ORDERED** to close the above-referenced proceedings.  There is no case and controversy before this Court.  This Court lacks jurisdiction over the issue of counsel representation.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this 25th day of August, 1998.

Fidencio G. Garza, Jr.
United States Magistrate Judge