UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

*United States District Court*
*Southern District of Texas*
**ENTERED**
**AUG 25 1998**
Michael N. Milby, Clerk
By Deputy Clerk

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**FILED**
**AUG 25 1998**
Michael N. Milby, Clerk

IN RE:                            *

                                  *   MISC. NO. B98 017

EDWARD BRIAN CAPETILLO            *

## O R D E R

The Clerk is hereby **ORDERED** to close the above-referenced proceedings. There is no case and controversy before this Court. This Court lacks jurisdiction over the issue of counsel representation.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this 25th day of August, 1998.

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge