United States District Court
Southern District of Texas
FILED

SEP - 1 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE: § MISC. # B 98 017
§
EDWARD BRIAN CAPETILLO §

## OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION

EDWARD BRIAN CAPETILLO objects to the magistrate's report and recommendation attached hereto as exhibit #1.

He objects on the basis set out in the supplemental motion, attached hereto as exhibit #2; the District Court has jurisdiction to appoint counsel pursuant to 18 USC 1306A.

### CONCLUSION AND REQUEST FOR RELIEF

1. The District Court should review the supplemental motion and the magistrate's report.

2. The District Court should appoint counsel for Capetillo to seek certiorari in the Supreme Court of the United States to contest the adequacy under the Eighth Amendment of the appellate review of his death sentence.

Respectfully submitted,

*Larry Warner*

Larry Warner
777 E. Harrison Street, 2nd Floor
Brownsville, Texas 78520
(956)542-4784 Fax (956)544-5234
Texas Bar No. 20871500



IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | MISC. # B 98 017 |
| EDWARD BRIAN CAPETILLO | | |

## CERTIFICATE OF SERVICE

I, Larry Warner, certify that I mailed a true and correct copy of **_Objection to Magistrate's Report and Recommendation_**, the document to which this certificate is attached, to:

    Hon. John B. Holmes, Jr., Harris County District Attorney
    201 Fannin Street, Ste. 100,
    Houston, Texas 77002-1901

and

    Hon. Mervyn Mosbacker
    Assit. U.S. Attorney
    1036 E. Levee Street
    P.O. Box 1671
    Brownsville, Texas 78520

on this 31st day of August, 1998.

_Larry Warner_
Larry Warner