# EXHIBIT 'B'

ENTERED
AUG 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

FILED
AUG 25 1998
Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                           *

                                 *   MISC. NO. B98 017

EDWARD BRIAN CAPETILLO           *

# O R D E R

The Clerk is hereby **ORDERED** to close the above-referenced proceedings. There is no case and controversy before this Court. This Court lacks jurisdiction over the issue of counsel representation.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, this 25th day of August, 1998.

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge